JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRADLEY CALHOUN, an individual,

              Plaintiff,

    v.

CONSOLIDATED DISPOSAL SERVICE, L.L.C., a California limited liability company; REPUBLIC SERVICES, a California entity unknown; and DOES 1 through 20, inclusive,

              Defendants.

Case No. 2:19-cv-02315-MWF-MRW

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(A)(1)(A)-(B)**

Compl. Filed:    December 31, 2018
Trial Date:      June 16, 2020

58268458v.1

## ORDER

In consideration of the Parties' Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), and for good cause shown, it is hereby ordered that the above captioned lawsuit is DISMISSED IN ITS ENTIRETY WITH PREJUDICE. Each party will bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Date: December 27, 2019

Hon. Michael W. Fitzgerald
United States District Judge

1

ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

58268458v.1